**ZIMMERMAN & WEISER LLP**
INTELLECTUAL PROPERTY ATTORNEYS
226 ST. PAUL STREET
WESTFIELD, NJ 07090
TEL: (908) 654-8000
FAX: (908) 654-7207

WRITER'S E-MAIL
jmz@iplcounsel.com

November 22, 2010

VIA ECF
Mr. Daniel O'Toole
Circuit Executive & Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

Re: Case Nos. 2013-15188 and 2013-1589

Dear Mr. O'Toole:

I represent the Appellant Content Extraction and Transmission LLC in the above-identified appeals. Further to the Motion to Extend the Time for Appellant to File Its Principal Brief that was filed on Wednesday, November 19, 2013, I am writing to advise you that counsel for Appellee Wells Fargo Bank, National Association, and counsel for Appellees The PNC Financial Services Group, Inc. and PNC Bank National Association have both indicated that that they will not object or file a response to the aforementioned motion. Accordingly, CET respectfully requests that the motion be granted. Thank you.

Sincerely,

/s/Jean-Marc Zimmerman

Jean-Marc Zimmerman

JMZ/nm
cc: counsel of record via ECF